Harry G. Lewis, State Bar No. 157705
Evelyn Low, State Bar No. 66636
CORNERSTONE LAW GROUP
595 Market Street, Suite 2360
San Francisco, CA 94105
415.974.1900 (phone)
415.974.6433 (fax)
www.cornerlaw.com

Attorneys for Plaintiff
SUSAN BIBA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN BIBA,<br><br>    Plaintiff,<br><br>    vs.<br><br>WELLS FARGO & COMPANY, a Delaware corporation; GREATER BAY BANCORP, a California corporation; THE GREATER BAY BANCORP CHANGE IN CONTROL PLAN I,<br><br>    Defendants. | CASE NO.  C 09-03249 MEJ (JCS)<br><br>**JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND [PROPOSED] ORDER** |

Plaintiff Susan Biba and Defendants Wells Fargo & Company, Greater Bay Bancorp, and The Greater Bay Bancorp Change in Control Plan I (hereinafter the "parties"), by and through their undersigned counsel, hereby enter into the following Stipulation:

WHEREAS, on October 22, 2009, the Court entered an order scheduling a Settlement Conference in this matter for January 7, 2010 at 9:30 a.m. before the Honorable Joseph C. Spero. The Court further ordered that the parties' Settlement Conference Statements be submitted no later than December 23, 2009.

WHEREAS, in order for the parties to have sufficient time complete the discovery necessary to engage in meaningful settlement negotiations at the Settlement Conference;

1  NOW, THEREFORE, the parties stipulate to vacate the Settlement Conference date of January 7, 2010 and to reschedule it to February 8, 2010.  The parties' Settlement Conference Statements shall now be due on Monday, January 25, 2010.

Dated:  December 8, 2009              **CORNERSTONE LAW GROUP**


By      /s/ Harry G. Lewis
         Harry G. Lewis
         Attorneys for Plaintiff Susan Biba

Dated:  December 8, 2009              **GORDON & REES**


By      /s/ Marcie Isom
         Marcie Isom
         Attorneys for Defendants Wells Fargo & Company, Greater Bay Bancorp, and The Greater Bay Bancorp Change in Control Plan I

**IT IS SO ORDERED**.

Dated: 12/09/09
_____
Judge Joseph C. Spero
Northern District of California