

CORNERSTONE LAW GROUP

HARRY G. LEWIS
direct: 415.625.5126
hlewis@cornerlaw.com

January 21, 2010

<u>*Via E-Mail*</u>

Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
Courtroom A, 15th Floor
450 Golden Gate
San Francisco, CA 94102

Re:   *Susan Biba v. Well Fargo & Company, et al.*
      **USDC-CAND Case No. C 09-03249 MEJ (JCS)**
      **Request for 2-day Extension of Deadline for Settlement Conference Statements**

Dear Judge Spero:

You will be presiding over a Settlement Conference in the subject case on February 8, 2010. The parties' Settlement Conference Statements are due on Monday, January 25, 2010. Plaintiff will be deposing a key witness in the subject case on Tuesday, January 26, 2010. Plaintiff requests that you allow the parties to submit their Settlement Conference Statements on Wednesday, January 27, 2010 so that Plaintiff may incorporate information learned during the preceding day's deposition in her Settlement Conference Statement. Defendants have agreed to a mutual extension of time.

Thank you for your consideration of this matter.

Respectfully submitted,

CORNERSTONE LAW GROUP

*/s/ Harry Lewis*

Harry G. Lewis
Attorney for Plaintiff Susan Biba

cc:   Mark D. Bruno, Esq. (via E-mail to mbruno@gordonrees.com)
      Marcie S. Isom, Esq. (via E-Mail to misom@gordonrees.com)

HGL:pkp

Dated:  January 21, 2010

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA