1  MICHAEL D. BRUNO (SBN: 166805)
   MARCIE S. ISOM (SBN: 226906)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
   Telephone: (415) 986-5900
4  Facsimile: (415) 986-8054

5  Attorneys for Defendants
   WELLS FARGO & CO. GREATER BAY BANCORP,
6  THE GREATER BAY BANCORP CHANGE
   IN CONTROL PLAN I
7

8  HARRY G. LEWIS (SBN: 157705)
   BRIAN DONNELLY (SBN: 162987)
9  EVELYN LOW (SBN: 66636)
   CORNERSTONE LAW GROUP
10 595 Market Street, Suite 2360
   San Francisco, CA 94105
11 Telephone: (415) 974-1900
   Facsimile: (415) 974-6433
12
   Attorneys for Plaintiff
13 SUSAN BIBA

14

15                 UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17

18 SUSAN BIBA,                               ) CASE NO. CV093249MEJ
                                             )
19           Plaintiff,                      ) **STIPULATION AND [PROPOSED]**
                                             ) **ORDER TO EXTEND DISCOVERY**
20     vs.                                   ) **CUT OFF FOR CERTAIN**
                                             ) **DEPOSITIONS**
21 WELLS FARGO & COMPANY, a Delaware         )
   Corporation; GREATER BAY BANCORP, a       )
22 California Corporation; THE GREATER BAY   )
   BANCORP CHANGE IN CONTROL PLAN I,         )
23                                           )
              Defendants.                    )
24

25

26

27

28

-1-

The parties hereby stipulate as follows:

1. Due to the schedules of counsel and a number of witnesses, some of whom live out of state, the parties request and do hereby stipulate to an extension of the April 27, 2010 non-expert discovery cut-off date until May 14 for the purpose of deposing Harry Biba, Sid Copeland, Bob Creed, Patrick Pierce, Don Fracchia, and/or Wells Fargo's Person Most Knowledgeable.

2. Because the parties have been meeting and conferring regarding the scope of several subpoenas for plaintiff's medical records and Defendants have agreed to place a hold on the production of those records, the parties hereby stipulate to a 14-day extension from the date the documents are produced to depose any health care providers.

IT IS SO STIPULATED.

Dated: April 19, 2010          CORNERSTONE LAW GROUP

                               By: /s/
                                   HARRY LEWIS
                                   Attorneys for Plaintiff

Dated:  April 19, 2010         GORDON & REES, LLP

                               By: /s/
                                   MARCIE S. ISOM
                                   Attorneys for Defendants

IT IS SO ORDERED.

Dated: __April 19__, 2009      _____
                               Hon. Maria-Elena James
                               United States Magistrate Judge

WFB/1059244/7809081v.1

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111