1  MICHAEL D. BRUNO (SBN: 166805)
   MARCIE S. ISOM (SBN: 226906)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
   Telephone: (415) 986-5900
4  Facsimile: (415) 986-8054

5  Attorneys for Defendants
   WELLS FARGO & CO., GREATER BAY BANCORP,
6  THE GREATER BAY BANCORP CHANGE
   IN CONTROL PLAN I

7

8  HARRY G. LEWIS (SBN: 157705)
   BRIAN DONNELLY (SBN: 162987)
9  EVELYN LOW (SBN: 66636)
   CORNERSTONE LAW GROUP
10 595 Market Street, Suite 2360
   San Francisco, CA 94105
11 Telephone: (415) 974-1900
   Facsimile: (415) 974-6433
12
   Attorneys for Plaintiff
13 SUSAN BIBA

14
                    UNITED STATES DISTRICT COURT
15
                    NORTHERN DISTRICT OF CALIFORNIA
16

17

18 SUSAN BIBA,                                 )  CASE NO. CV093249MEJ
                                               )
19                    Plaintiff,               )  **STIPULATED JUDGMENT AND**
                                               )  **[PROPOSED] ORDER RE**
20       vs.                                   )  **PLAINTIFF'S FOURTH CLAIM**
                                               )  **FOR VIOLATION OF LABOR**
21 WELLS FARGO & COMPANY, a Delaware           )  **CODE § 201 CLAIM**
   Corporation; GREATER BAY BANCORP, a         )
22 California Corporation; THE GREATER BAY     )
   BANCORP CHANGE IN CONTROL PLAN I,           )
23                                             )
                      Defendants.              )
24                                             )

25

26

27

28

---

STIPULATED JUDGMENT ON PLAINTIFF'S LABOR CODE § 201 CLAIM

IT IS HEREBY STIPULATED by and between plaintiff SUSAN BIBA ("Plaintiff") and Defendant WELLS FARGO & CO. ("Defendant") that judgment shall be entered in favor of Plaintiff against Defendant with respect to the Fourth Claim of Plaintiff's Complaint for Damages which alleges Defendant's violation of California Labor Code Section 201. Defendant has paid Plaintiff all penalties and interest related to this Claim. Plaintiff shall be awarded her reasonable costs and fees related to this Claim pursuant to Labor Code Section 218.5. The amount of fees and costs to be awarded to Plaintiff shall be determined by agreement of the parties or by post-judgment motion.

Dated: May 20, 2010                     CORNERSTONE LAW GROUP


By: /s/
    HARRY LEWIS
Attorneys for Plaintiff


Dated: May 20, 2010                     GORDON & REES, LLP


By: /s/
    MARCIE S. ISOM
Attorneys for Defendants


IT IS SO ORDERED.

Dated: May 24, 2010

The Honorable Maria-Elena James
United States Chief Magistrate Judge

**Gordon & Rees LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111

WFB/1059244/7906991v.1