HARRY G. LEWIS (SBN 157705)
EVELYN LOW (SBN 66636)
JULIE A. MARQUIS (SBN 178466)
CORNERSTONE LAW GROUP
595 Market Street, Suite 2360
San Francisco, CA  94105
Telephone:  (415) 974-1900
Facsimile:    (415) 974-6433

Attorneys for Plaintiff
SUSAN BIBA

MICHAEL D. BRUNO (SBN 166805)
MARCIE S. ISOM (SBN 226906)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendants
WELLS FARGO & CO., GREATER BAY BANCORP, THE GREATER BAY BANCORP CHANGE IN CONTROL PLAN I

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN BIBA,<br><br>                     Plaintiff,<br><br>     vs.<br><br>WELLS FARGO & COMPANY, a Delaware Corporation; GREATER BAY BANCORP, a California Corporation; THE GREATER BAY BANCORP CHANGE IN CONTROL PLAN I,<br><br>                     Defendants. | **CASE NO. CV093249 MEJ**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

The parties hereby stipulate as follows:

1.     Due to the schedule of plaintiff's trial counsel, including a family trip outside the country over the currently scheduled July 1, 2010 hearing date, and deadlines

Page 1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
USDC-CAND Case No. CV093249MEJ

1  to file oppositions to two summary judgment motions in another matter on June 2, 2010,

2  the parties request and do hereby stipulate to an extension of the July 1, 2010 hearing

3  date on defendants' motion for summary judgment in this matter for one week to July 8,

4  2010.

5      2.    With the extension of the hearing date, the time to file plaintiff's

6  opposition to defendants' summary judgment motion and defendants' reply will also be

7  continued to reflect the new hearing date.

8      IT IS SO STIPULATED.

10  DATED:  June 3, 2010          CORNERSTONE LAW GROUP

13            By:   /s/
             Harry G. Lewis
             Attorneys for Plaintiff SUSAN BIBA

14  DATED:  June 3, 2010          GORDON & REES, LLP

17            By:   /s/
             Marcie S. Isom
             Attorneys for Defendants WELLS FARGO &
             CO., GREATER BAY BANCORP, THE
             GREATER BAY BANCORP CHANGE IN
             CONTROL PLAN I

22      The court, having considered the parties' Stipulation to Continue Hearing Date on

23  Defendants' Motion for Summary Judgment, and good cause appearing therefore,

24      IT IS HEREBY ORDERED that:

25      1.    The hearing on defendants' motion for summary judgment is continued to

26  Thursday, July 15, 2010 at 10:00 a.m.

Page 2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
USDC-CAND Case No. CV093249MEJ

2. The deadline to file plaintiff's opposition to defendants' summary judgment motion and defendants' reply are also continued to reflect the new hearing date.

DATED: June  4 , 2010

_____
The Honorable Maria-Elena James