UNITED STATES DISTRICT COURT

Northern District of California

SUSAN BIBA,

                Plaintiff,

  v.

WELLS FARGO & CO., et al.,

                Defendants.
_____/

No. C 09-3249 MEJ

**ORDER VACATING PRETRIAL & TRIAL DEADLINES**

This matter is currently scheduled for a pretrial conference on September 30, 2010, and a trial on November 1, 2010. However, as Defendants' summary judgment motion remains pending, the Court hereby VACATES all pretrial and trial deadlines. Upon resolution of Defendants' motion, the Court shall re-calendar these matters, if necessary.

**IT IS SO ORDERED.**

Dated: August 5, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge