| | |
|---|---|
| 1 | MICHAEL D. BRUNO  (SBN: 166805) |
| | MARCIE S. ISOM  (SBN: 226906) |
| 2 | GORDON & REES LLP |
| | 275 Battery Street, Suite 2000 |
| 3 | San Francisco, CA  94111 |
| | Telephone: (415) 986-5900 |
| 4 | Facsimile: (415) 986-8054 |
| 5 | Attorneys for Defendants |
| | WELLS FARGO & CO. GREATER BAY BANCORP, |
| 6 | THE GREATER BAY BANCORP CHANGE |
| | IN CONTROL PLAN I |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SUSAN BIBA, | ) | CASE NO.  CV093249MEJ |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| WELLS FARGO & COMPANY, a Delaware | ) | |
| Corporation; GREATER BAY BANCORP, a | ) | |
| California Corporation; THE GREATER BAY | ) | |
| BANCORP CHANGE IN CONTROL PLAN I, | ) | |
| | ) | |
| Defendants. | ) | |

[PROPOSED] ORDER

On October 28, 2010, Plaintiff's counsel filed a notice of unavailability indicating his unavailability through November 29, 2010.  This Court granted Defendants' Motion for Summary Judgment on November 10, 2010 and entered Judgment that same day.  Defendants have requested an extension on filing their cost bill and motion for attorneys' fees in order to allow them to meet and confer with Plaintiff's counsel after he returns.  This Court GRANTS Defendants' request.  Defendants must file their cost bill and any motion for attorneys' fees by January 13, 2011.

IT IS SO ORDERED.

Dated: November 17, 2010

_____
The Honorable Maria-Elena James
United States Chief Magistrate Judge