1  HARRY G. LEWIS (SBN 157705)
   EVELYN LOW (SBN 66636)
2  JULIE A. MARQUIS (SBN 178466)
   CORNERSTONE LAW GROUP
3  595 Market Street, Suite 2360
   San Francisco, CA  94105
4  Telephone:  (415) 974-1900
   Facsimile:   (415) 974-6433
5
   Attorneys for Plaintiff
6  SUSAN BIBA

7  MICHAEL D. BRUNO (SBN 166805)
   MARCIE S. ISOM (SBN 226906)
8  GORDON & REES LLP
   275 Battery Street, Suite 2000
9  San Francisco, CA  94111
   Telephone:  (415) 986-5900
10 Facsimile:  (415) 986-8054

11 Attorneys for Defendants
   WELLS FARGO & CO., GREATER BAY
12 BANCORP, THE GREATER BAY BANCORP
   CHANGE IN CONTROL PLAN I
13

14                **UNITED STATES DISTRICT COURT**

15               **NORTHERN DISTRICT OF CALIFORNIA**

16

   SUSAN BIBA,                              | **CASE NO. CV093249 MEJ**

17
                          Plaintiff,        | **STIPULATION AND [~~PROPOSED~~]**
18                                          | **ORDER TO CONTINUE HEARING ON**
              vs.                           | **MOTIONS FOR ATTORNEYS' FEES**
19
   WELLS FARGO & COMPANY, a
20 Delaware Corporation; GREATER BAY
   BANCORP, a California Corporation; THE
21 GREATER BAY BANCORP CHANGE
   IN CONTROL PLAN I,
22
                          Defendants.
23

24

25        The parties have agreed to a tentative settlement of their respective claims and are

26 presently negotiating the settlement agreement.   Accordingly, the parties wish to

27

28

                                        Page 1

1 | continue the hearing on their respective motions for attorneys' fees which is currently

2 | scheduled for June 23, 2011.

3 |         IT IS SO STIPULATED.

4 | DATED:  June 14, 2011                    CORNERSTONE LAW GROUP

5 |

6 |                                          By:_____/s/_____
                                              Harry G. Lewis
7 |                                           Attorneys for Plaintiff SUSAN BIBA

8 | DATED:  June 14, 2011                    GORDON & REES, LLP

9 |

10 |                                         By:_____/s/_____
                                              Michael D. Bruno
11 |                                          Attorneys for Defendants WELLS FARGO &
                                              CO., GREATER BAY BANCORP, THE
12 |                                          GREATER BAY BANCORP CHANGE IN
                                              CONTROL PLAN I
13 |

14 |

        The court, having considered the parties' Stipulation and good cause appearing
15 |

therefore, IT IS HEREBY ORDERED that:  The hearing on the parties' respective
16 |

17 | motions for attorneys' fees is continued to July 21, 2011.

18 | DATED:  June __14__, 2011          _____

19 |                                    The Honorable Maria-Elena James

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

STIPULATION AND [PROPOSED] ORDER
USDC-CAND Case No. CV093249MEJ