| | |
|---|---|
| 1 | HARRY G. LEWIS (SBN 157705) |
| | EVELYN LOW (SBN 66636) |
| 2 | JULIE A. MARQUIS (SBN 178466) |
| | CORNERSTONE LAW GROUP |
| 3 | 595 Market Street, Suite 2360 |
| | San Francisco, CA  94105 |
| 4 | Telephone:  (415) 974-1900 |
| | Facsimile:   (415) 974-6433 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | SUSAN BIBA |
| 7 | MICHAEL D. BRUNO (SBN 166805) |
| | MARCIE S. ISOM (SBN 226906) |
| 8 | GORDON & REES LLP |
| | 275 Battery Street, Suite 2000 |
| 9 | San Francisco, CA  94111 |
| | Telephone:  (415) 986-5900 |
| 10 | Facsimile:  (415) 986-8054 |
| 11 | Attorneys for Defendants |
| | WELLS FARGO & CO., GREATER BAY |
| 12 | BANCORP, THE GREATER BAY BANCORP |
| | CHANGE IN CONTROL PLAN I |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN BIBA, | CASE NO. CV093249 MEJ |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO FURTHER CONTINUE HEARING ON MOTIONS FOR ATTORNEYS' FEES |
| vs. | |
| WELLS FARGO & COMPANY, a Delaware Corporation; GREATER BAY BANCORP, a California Corporation; THE GREATER BAY BANCORP CHANGE IN CONTROL PLAN I, | |
| Defendants. | |

The parties have agreed to a tentative settlement of their respective claims and are presently negotiating the settlement agreement.  Accordingly, the parties wish to further

1  continue the hearing on their respective motions for attorneys' fees which is currently
2  scheduled for August 25, 2011 to September 22, 2011.
3       IT IS SO STIPULATED.
4  DATED: August 23, 2011          CORNERSTONE LAW GROUP

6                                  By: _____/s/_____
7                                      Harry G. Lewis
                                       Attorneys for Plaintiff SUSAN BIBA

8  DATED: August 23, 2011          GORDON & REES, LLP

10                                 By: _____/s/_____
11                                     Michael D. Bruno
                                       Attorneys for Defendants WELLS FARGO &
12                                     CO., GREATER BAY BANCORP, THE
                                       GREATER BAY BANCORP CHANGE IN
13                                     CONTROL PLAN I

15      The court, having considered the parties' Stipulation and good cause appearing
16  therefore, IT IS HEREBY ORDERED that:  The hearing on the parties' respective
17  motions for attorneys' fees is continued to September 22, 2011.
18  DATED: __August 23__, 2011      _____
19                                  The Honorable Maria-Elena James

Page 2
STIPULATION AND [PROPOSED] ORDER
USDC-CAND Case No. CV093249MEJ