MICHAEL D. BRUNO (SBN: 166805)
MARCIE S. ISOM (SBN: 226906)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
WELLS FARGO & CO. GREATER BAY BANCORP,
THE GREATER BAY BANCORP CHANGE
IN CONTROL PLAN I

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN BIBA,<br><br>               Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY, a Delaware Corporation; GREATER BAY BANCORP, a California Corporation; THE GREATER BAY BANCORP CHANGE IN CONTROL PLAN I,<br><br>               Defendants. | CASE NO. CV093249MEJ<br><br>**STIPULATION TO VACATE ATTORNEY FEES MOTIONS AND [PROPOSED] ORDER** |

The parties, by and through their attorneys of record, hereby request that the Court vacate the motions for attorney fees and costs currently scheduled for September 22, 2011. The parties have reached a settlement and are negotiating final details and gathering signatures. In the unlikely event that the settlement falls apart, the parties may request that the Court reinstate the motions.

It is so stipulated:

Dated: September 21, 2011  GORDON & REES, LLP

By: /s/
    Michael D. Bruno
Attorneys for Defendants
WELLS FARGO & CO. GREATER BAY BANCORP, THE GREATER BAY BANCORP CHANGE IN CONTROL PLAN I

Dated: September 21, 2011  CORNERSTONE LAW GROUP

By: /s/
    Harry G. Lewis
Attorneys for Plaintiff
SUSAN BIBA

## ORDER

It is hereby ordered that the motions for attorney fees and costs currently scheduled for September 22, 2011 are vacated.

Dated: September 21, 2011

The Honorable Maria-Elena James
United States Chief Magistrate Judge

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

WFB/1059244/10771667v.1

-2-
STIPULATION TO VACATE ATTORNEY FEES MOTIONS AND [PROPOSED] ORDER